# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __6/22/15__   Judge __Shirley Mensah - 13S__   Case No. __4:15cr 151 HEA__

UNITED STATES OF AMERICA v. __Kenneth Hutchwson__

Deputy Clerk Initials: __ARL__   Court Recorder: __ARL__

Assistant United States Attorney: __Charles Birmingham__

Attorney for Defendant: __Joel Schwartz__

Interpreter _____   ____ SEALED PROCEEDING

**Proceedings:**
- ___ Initial Appearance
- ___ Initial Appearance Supervised Release
- ___ Rule 5(c)(3)Removal (Identity)
- ___ Detention Hearing
- ___ Preliminary Examination
- ___ Bond Execution/Appearance Bond
- ___ Bond Review
- ___ Arraignment
- **X** In Court Hearing **(WAIVER OF MOTIONS)**
- ___ Motion Hearing
- ___ Evidentiary Hearing
- ___ Oral Argument/Non Evidentiary Hearing
- ___ Preliminary Revocation
- ___ Supervised Release
- ___ Probation
- ___ Change of Plea/Sentencing
- ___ Competency Hearing
- ___ Pretrial/Status Conference

Additional Information: _____

**Initial Appearance:**
Bond set in the amount of: $ _____   Bond Type _____
Preliminary Exam/Detention Hearing scheduled: _____ @ _____ Before: SPM
Detention Hearing only scheduled: _____ @ _____ Before SPM
Arraignment Scheduled: _____ @ _____ Before _____

**Preliminary Revocation Hearing:**
Final Supervised Release or Probation Revocation Hearing Scheduled: _____ Before _____

## Arraignment:

_____ Defendant is sworn and arraigned

_____ Waives reading of indictment/information

_____ Not guilty plea entered. Order on pretrial motions to issue.

_____ Motion for Extension of Time to File Pretrial Motions (GRANTED).
IT IS HEREBY ORDERED that the time granted to defendant to investigate and prepare pretrial motions or a waiver thereof is excluded from computation of the time for speedy trial.

All Pretrial Motions/ Waiver of Motions due no later than _____.

**Evidentiary Hearing to be set.**

## Evidentiary Hearing:
_____ Defendant waives evidentiary hearing. ** Case referral termed.

_____ By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. .**Case referral termed.

_____ Hearing held. Testimony Heard. Motions taken under submission.

Trial Scheduled: __7/27/15 @ 9:30 am__   Before __HEA__

_____ Remanded to custody   __X__ Released on bond

Proceeding commenced __10:34 am__   Proceeding concluded __10:42 am__