UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 4:15-cr-00151-HEA-SPM-1 |
| ) | |
| KENNETH HUTCHINSON, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT KENNETH HUTCHINSON FIRST MOTION TO TRAVEL**

COMES NOW Defendant, Kenneth Hutchinson, by and through counsel, and hereby moves this Court for permission to travel from the Eastern District of Missouri to Chicago, Illinois from October 10 through October 12, 2015.  In support of this motion, Defendant states as follows:

1. Defendant was charged by Indictment on April 1, 2015 with one count of bankruptcy fraud.

2. Defendant has a change of plea hearing scheduled on December 7, 2015.

3. Defendant wishes to travel from the Eastern District of Missouri to Chicago, Illinois from October 2, 2015 to October 12, 2015 for the purpose of consulting potential business clients.

4. Defendant has been on bond since April 2, 2015 and has incurred no violations in that time.

5. Counsel has spoken with Assistant United States Attorney Charles Birmingham regarding this Motion.  Mr. Birmingham does not object to Defendant's request as long as Mr. Hutchinson fully discloses his bankruptcy fraud conviction to all potential business associates.

WHEREFORE, Defendant respectfully requests this Honorable Court grant him permission to travel to Chicago, Illinois on October 10, 2015 and to return to the Eastern District of Missouri on October 12, 2015.

    Respectfully submitted,

    ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

    /s/ Joel J. Schwartz
    JOEL J. SCHWARTZ, #39066MO
    120 S. Central, Suite 130
    St. Louis, Missouri  63105
    Phone:  (314) 862-4332
    Fax:  (314) 862-8050

    *Attorney for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2015, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Charles Birmingham, assistant United States attorney.