UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:15 CR 151 HEA (SPM) |
| v. ) | |
| ) | |
| KENNETH HUTCHINSON, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO TRAVEL**

COMES NOW Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Charles S. Birmingham, Assistant United States Attorney for said District, and in response to Defendant Kenneth Hutchinson's First Motion to Travel (Doc. No. 36) states as follows:

1.  The government does not oppose defendant's Motion To Travel provided the U.S. Pretrial Services Office is satisfied with the proposed terms and conditions of said travel.

2.  Given that defendant indicates that travel is business related, the government respectfully suggests that the imposition of conditions specific to third-party risk notification and the solicitation of investments or incurring new debt be considered prior to travel.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

 */s/  Charles S. Birmingham*
CHARLES S. BIRMINGHAM, #47134MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2015, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Charles S. Birmingham*
CHARLES S. BIRMINGHAM, #47134MO
Assistant United States Attorney