RECEIVED
JUN 2 6 2017
U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,                )
                                 )
    vs.                          )   Case No. 4:15-CR-00151-HEA
                                 )
Kenneth Hutchinson                )
                                 )
        Defendant.               )

## MOTION FOR EARLY TERMINATION OF PROBATION OR SUPERVISED RELEASE TERM

I, Kenneth Hutchinson, request that my term of probation or supervised release be terminated early for the following reasons: I have paid full Restitution. I have had no violation as a probation Defendant. It will Allow me to travel Freely for work. It will give me the freedom to travel to see my son overseas.

*(Attach additional sheets of paper, if necessary, as well as any exhibits you wish to file)*

6/22/17
Date

(Signature of Defendant)

4353 Enright
(Address)
St. Louis, MO 63108

## CERTIFICATE OF SERVICE

I hereby certify that I mailed or hand delivered a true copy of this Motion to United States Probation Officer Rebecca Cory [name] and to the United States Attorney's Office on 6/23, 2017.

(Signature of Defendant)

RECEIVED
JUN 23 2017
U.S. PROBATION OFFICE
ST. LOUIS, MISSOURI