**RECEIVED**
JUN - 5 2018
U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**RECEIVED**
JUN 04 2018
U.S. PROBATION OFFICE
ST. LOUIS, MISSOURI

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )   Case No. 4:15-CR-00151-HEA
Kenneth Hutchinson )
)
Defendant. )

## MOTION FOR EARLY TERMINATION OF PROBATION OR SUPERVISED RELEASE TERM

I, Kenneth Hutchinson, request that my term of probation or supervised release be terminated early for the following reasons: I have Paid full Restitution. I have had no violation as a probation Defendant.

_____

*(Attach additional sheets of paper, if necessary, as well as any exhibits you wish to file)*

6/4/18
Date

_(Signature of Defendant)_
4353 Enright
(Address)
St. Louis, MO 63108

## CERTIFICATE OF SERVICE

I hereby certify that I mailed or hand delivered a true copy of this Motion to United States Probation Officer Rebecca Cory [name] and to the United States Attorney's Office on 6/4/18, 2018

(Signature of Defendant)